# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 7, 2015

## NO. 03-15-00566-CR

**David Eugene Weir, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION ON REHEARING --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the order signed by the trial court on July 28, 2015. The Court's opinion and judgment dated September 28, 2015 are withdrawn. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.